07-11-0252-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JULY 26, 2011

_____

MICHAEL WAYNE PARRISH, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 21,891-B; HONORABLE JOHN B. BOARD, JUDGE

_____

Before QUINN, C.J., and PIRTLE, J., and BOYD, S.J.[1]

**MEMORANDUM OPINION**

Pursuant to a plea bargain, Appellant, Michael Wayne Parrish, was convicted of assault on a public servant[2] and sentenced to four years confinement. The *Trial Court's Certification of Defendant's Right to Appeal* indicates that Appellant's case was a plea-bargain case with no right of appeal and that Appellant waived his right of appeal.

---

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. § 75.002(a)(1) (West 2005).

[2]Tex. Penal Code Ann. § 22.01(b)(1) (West 2011).

By letter dated June 30, 2011, this Court notified Appellant's appointed counsel of the consequences of the certification and invited him to either file an amended certification showing a right of appeal or demonstrate other grounds for continuing the appeal on or before July 15, 2011.  Counsel was also notified that failure to do so might result in dismissal of the appeal pursuant to Rule 25.2 of the Texas Rules of Appellate Procedure.  Counsel did not respond to this Court's notice.

Because neither an amended certification reflecting a right of appeal was filed nor good cause for continuing the appeal provided, this appeal is dismissed based on the certification signed by the trial court.  *See* Tex. R. App. P. 25.2(d).

Patrick A. Pirtle
Justice

Do not publish.